VIKAS KHANNA
Acting United States Attorney
DAVID V. SIMUNOVICH
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2736
david.simunovich@usdoj.gov

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* AIDAN FORSYTH, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE DOHERTY GROUP INC. d/b/a DOHERTY ENTERPRISES, INC., et al., <br><br> *Defendants*. | HON. SUSAN D. WIGENTON <br><br> Civil Action No. 24-5841 (SDW) (JBC) |

**JOINT STIPULATION OF DISMISSAL**

WHEREAS on or about May 3, 2024, Relator Aidan Forsyth ("Relator"), by and through his attorney, Eric Jaso, Esq., filed a complaint in this action on behalf of the United States pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b);

WHEREAS the United States investigated Relator's allegations, reached a resolution with certain of the Defendants, namely, Doherty Group Inc., Apple Food Service of Long Island LLC, Apple Food Service of Parsippany Inc., Apple Food Service of Piscataway Inc., Apple Food Service of Suffolk LLC, Apple Food Service

of Tinton Falls Inc., Apple Food Service of Woodmere LLC, Doherty Breads LLC, Doherty Food Service of Clifton LLC, Doherty Specialty Breads LLC, Spuntino of New York LLC and TMD Food Service Inc. (hereinafter the "Settling Defendants"), and filed a notice of intervention in this action for the purposes of effectuating a settlement agreement among the parties;

WHEREAS, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms of the Settlement Agreement, the United States and Relator hereby STIPULATE and AGREE as follows:

1. The United States, Relator, and the Settling Defendants have executed a written Settlement Agreement that provides for the dismissal of this action in its entirety.

2. Relator stipulates and agrees that the settlement of this action is fair, adequate, and reasonable under all the circumstances as defined by 31 U.S.C. § 3730(c)(2)(B).

3. The United States and Relator request that, consistent with the terms and conditions of the Settlement Agreement and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), this action be dismissed as follows:

   a. With prejudice to Relator as to all claims on behalf of the United States as against all parties in this action;

   b. With prejudice to the United States as to Settling

Defendants and the "Covered Conduct", as defined by the Settlement Agreement and set forth in the United States' Notice of Election to Intervene for Purposes of Effectuating Settlement (filed with the Court on or about January 23, 2025); and

c. Without prejudice as to the United States' claims and parties that are not within the "Covered Conduct" and that are not related to the Settling Defendants.

4. No answer by any Defendant has been served or filed, and no parties other than the United States and the Relator have appeared in this Action.

Dated:   Newark, NJ
         January 27, 2025


VIKAS KHANNA
Acting United States Attorney

By: */s/ David V. Simunovich*   */s/ Eric H. Jaso*
DAVID V. SIMUNOVICH              ERIC H. JASO, ESQ.
Assistant United States Attorney  Spiro Harrison & Nelson
970 Broad Street, Suite 700       363 Bloomfield Avenue
Newark, NJ 07102                  Montclair, NJ 07042
Tel. (973) 645-2736               *Counsel for Relator*
*Counsel for the United States*